BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: EXACTECH POLYETHYLENE ORTHOPEDIC PRODUCTS LIABILITY LITIGATION | MDL NO. 3044 |

## NOTICE OF RELATED ACTION

Pursuant to Rule 6.2(d) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, defendants Exactech, Inc. and Exactech U.S., Inc. notify the Clerk of the Panel of the pendency of the following related actions:

- *Katherine Briscoe v. Exactech, Inc.,* United States District Court for the Eastern District of Louisiana No. 2:22-cv-03519.

- *Ronald Rmero v. Exactech, Inc.,* United States District Court for the Eastern District of Louisiana No. 2:22-cv-03524.

Filed concurrently are a schedule listing the foregoing actions and copies of the docket sheets and complaints filed in the actions.

Dated: September 29, 2022

Respectfully submitted,

**BOWMAN AND BROOKE LLP**

By: /s/ *Kim Schmid*
Kim Schmid
150 South Fifth Street, Suite 3000
Minneapolis, MN 55402
Tel: 612.339.8682
Fax: 612.672.3200
kim.schmid@bowmanandbrooke.com

*Counsel for Defendants Exactech, Inc. and Exactech U.S., Inc.*